| Case | Cause Number | Date | Judge | Disposition |
|---|---|---|---|---|
| Woolley v. State | 83A01–1612–CR–2881 | 07/27/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| A.R. v. D.K.B. | 55A01–1702–AD–267 | 07/27/2017 | ROBB, J. | Reversed and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Johnson v. State | 71A04–1702–CR–298 | 07/27/2017 | MATHIAS, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Arndt v. State | 71A04–1611–CR–2708 | 07/27/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Johnson v. State | 49A04–1702–CR–288 | 07/27/2017 | PYLE, J. | Affirmed and remanded with instructions |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Wilson v. State | 18A02–1612–CR–2949 | 07/27/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Bacon v. State | 41A04–1702–CR–292 | 07/27/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs in result without opinion |
| | | | PYLE, J. | Concurs |
| R.S., Commitment of v. St. Vincent Hospital and Health Care Center, Inc. | 49A05–1701–MH–3 | 07/27/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Lehman v. State | 35A05–1611–PC–2603 | 07/27/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Mincey v. State | 71A03–1611–CR–2720 | 07/27/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Zumwalt v. State | 02A04–1701–CR–175 | 07/27/2017 | BRADFORD, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |